```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 18670
   REGAIL THOMPSON
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-4048

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 05/10/2005 and was confirmed 06/27/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  42.29% from remaining funds.

      The case was dismissed after confirmation 07/07/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------
PULLMAN BANK               CURRENT MORTG          .00           .00              .00
WORLD SAVINGS & LOAN       CURRENT MORTG          .00           .00              .00
COMMONWEALTH EDISON        UNSECURED       NOT FILED            .00              .00
DISCOVER FINANCIAL SERVI   UNSECURED        13888.39            .00          5469.41
HOME DEPOT CREDIT SERVIC   UNSECURED       NOT FILED            .00              .00
IDT LONG DISTANCE PHONE    UNSECURED       NOT FILED            .00              .00
KOHLS                      UNSECURED         1519.49            .00           598.40
NATIONAL CHECK BUREAU      UNSECURED       NOT FILED            .00              .00
SUSAN D APPEL              NOTICE ONLY     NOT FILED            .00              .00
PEOPLES GAS LIGHT & COKE   UNSECURED OTH      134.15            .00            25.49
RESURGENT ACQUISITION LL   UNSECURED         8497.55            .00          3346.49
VALENTINE & KEBARTAS INC   UNSECURED       NOT FILED            .00              .00
WAL MART STORES INC        UNSECURED       NOT FILED            .00              .00
PEOPLES GAS LIGHT & COKE   UNSECURED OTH         .00            .00              .00
NICOLE G LAWSON            DEBTOR ATTY      1,784.00                         1,784.00
TOM VAUGHN                 TRUSTEE                                             676.21
DEBTOR REFUND              REFUND                                                 .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                  11,900.00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                       9,439.79
ADMINISTRATIVE                                  1,784.00
TRUSTEE COMPENSATION                              676.21
DEBTOR REFUND                                        .00
                         ---------------      ---------------
TOTALS                   11,900.00             11,900.00

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 18670 REGAIL THOMPSON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 10/22/08                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```